# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | |
| | : | Hon. Joseph A. Dickson |
| | : | |
| NARIK WILSON, | : | |
| a/k/a "Spaz" | : | |
| | : | Mag. No. 11-6675 |

I, Richard N. Orr, being duly sworn state the following is true and correct to the best of my knowledge and belief.

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Richard N. Orr, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
August 25, 2011, at Newark, New Jersey

_____
HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE
Signature of Judicial Officer

## ATTACHMENT A

### Count One

On or about April 28, 2011, in Essex County, in the District of New Jersey, defendant

NARIK WILSON, a/k/a "Spaz,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, did knowingly possess in and affecting commerce firearms, namely:

1. One (1) 7.62x39mm Romarm Semi Automatic assault rifle, bearing serial number DR-5624-09-RO;
2. One (1) Remington Model 870 Express Magnum Shotgun, bearing serial number C087921M; and
3. One (1) Intratec Model Tec-22 semi-automatic pistol, bearing serial number 097603.

In violation of Title 18, United States Code, Section 922(g)(1).

## Count Two

On or about July 18, 2011, in Essex County, in the District of New Jersey, defendant

NARIK WILSON, a/k/a "Spaz,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, did knowingly possess in and affecting commerce firearms, namely:

1.    One (1) loaded 12-gauge Winchester Model 1300 shotgun, bearing serial number L3303340;
2.    One (1) loaded 12-gauge Remington Model 870 Magnum shotgun, bearing serial number B627592M;
3.    One (1) Romarm SA/Cugir Model SAR-1, 7.62x39mm assault rifle, bearing serial number S1-88166-03;
4.    One (1) Inland Division General Motors .30 caliber Model M-1 assault rifle, bearing serial number AA19396;
5.    One (1) 9mm Masterpiece Arms Model MPA30T semiautomatic rifle with a defaced serial number;
6.    One (1) 9mm Masterpiece Arms Model MPA930T semiautomatic fifle, bearing serial number F0019;
7.    One (1) .25 caliber Armi Galesi Model Dickson Detective pistol, bearing serial number 132143; and
8.    One (1) 9mm Sig Sauer 226 pistol, bearing serial number U3923221

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Richard N. Orr, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have knowledge of the following facts based upon my investigation, review of reports and discussions with other law enforcement personnel and others. All statements herein are set forth in substance and in part:

1.    Intelligence gathered from a variety of sources, including confidential informants, identifies defendant NARIK WILSON, a/k/a "Spaz," (hereafter "WILSON") as the leader of a set of the criminal street gang known as the Sex Money Murder Bloods in Newark. Further, law enforcement has received information that WILSON, and the members and associates of the Sex Money Murder Bloods set he leads, are engaged in a "street war" with a rival gang.

2.    On or before April 28, 2011, law enforcement received information that WILSON and his cohorts were hiding weapons at a vacant apartment at a building on Martin Luther King Jr. Blvd, Newark (hereafter "MLK Apartment"). On or about April 28, 2011, a search was conducted at the MLK Apartment, yielding evidence, including but not limited to the following:

    a.    Inside the bedroom closet a green duffel bag containing:

        i.    One (1) 7.62x39mm Romarm Semi Automatic assault rifle, bearing serial number DR-5624-09-RO;

        ii.    One (1) Remington Model 870 Express Magnum Shotgun, bearing serial number C087921M;

        iii.    One (1) Intratec Model Tec-22 semi-automatic pistol, bearing serial number 097603;

        iv.    Four (4) 762 caliber magazines containing approximately forty-seven (47) 762 caliber rounds;

        v.    One (1) .22 caliber magazine containing approximately twenty-four (24) .22 caliber rounds;

        vi.    One (1) .40 caliber magazine;

        vii.    Approximately twenty-three (23) rounds of .40 caliber ammunition;

        viii.    Approximately three (3) rounds of .223 caliber ammunition;

        ix.    Approximately 122 rounds of 9mm ammunition;

        x.    One (1) Winchester box containing twenty-three (23) rounds of .45 caliber ammunition;

        xi.    Approximately fourteen (14) rounds of .45 caliber ammunition;

        xii.    One (1) round of 7.62x39mm ammunition;

        xiii.    Approximately eight (8) rounds of 12 gauge shotgun ammunition;

        xiv.    Approximately sixteen (16) rounds of .50 caliber ammunition;

        xv.    Approximately seventy-two (72) rounds of .22 caliber ammunition;

        xvi.    Approximately twenty-six (26) rounds of .44 caliber ammunition;

        xvii.    Black and clear plastic ammunition cartridge holders;

        xviii.    One .357 caliber shell casing;

xix.   Approximately 40 (40) small clear vials with small caps. Based on my training and experience, these are the vials that are typically used to distribute crack cocaine; and

xx.   Blue mask.

b.   Inside the refrigerator: one bundle consisting of ten (10) individual doses of heroin

3.   On or before July 18, 2011, law enforcement received information that WILSON and his cohorts were hiding weapons at a vacant apartment in a building on Spruce Street, Newark (hereafter "Spruce Apartment"). On or about July 18, 2011, law enforcement gained access to the Spruce Apartment. The Spruce Apartment was unoccupied but had clothing scattered on the floor. A search of the Spruce Apartment yielded evidence, including but not limited to the following:

a.   Recovered from the bedroom closet:
i.   One (1) 12-gauge Winchester Model 1300 shotgun, bearing serial number L3303340, loaded with seven (7) live 12-gauge shotgun rounds; and

ii.   One (1) 12-gauge Remington Model 870 Magnum shotgun, bearing serial number B627592M, loaded with three (3) live 12-gauge shotgun rounds.

b.   Recovered from a blue duffel bag in the bedroom:
i.   One (1) Romarm SA/Cugir Model SAR-1, 7.62x39mm assault rifle, bearing serial number S1-88166-03;

ii.   One (1) Inland Division General Motors .30 caliber Model M-1 assault rifle, bearing serial number AA19396;

iii.   One (1) 9mm Masterpiece Arms Model MPA30T semiautomatic rifle with a defaced serial number;

iv.   One (1) 9mm Masterpiece Arms Model MPA930T semiautomatic fifle, bearing serial number F0019;

v.   Three (3) high-capacity magazines loaded with a total of approximately sixty-one (61) rounds of 7.62 caliber ammunition;

vi.   One (1) empty 9mm magazine;

vii.   One (1) .30 caliber high capacity magazine loaded with approximately twenty-nine (29) rounds of .30 caliber ammunition;

viii.   One (1) high capacity 9mm magazine loaded with fifteen (15) roundhead 9mm rounds and nine (9) 9mm hollow point rounds;

ix.   One (1) high capacity 9mm magazine loaded with approximately twenty-one (21) roundhead 9mm rounds of ammunition;

x.   One (1) ziplock bag containing approximately eight (8) roundhead .22 caliber rounds; and

xi.   Two (2) black ski masks.

    c.    Recovered from the foyer:
- i. One (1) .25 caliber Armi Galesi Model Dickson Detective pistol, bearing serial number 132143; and
- ii. One (1) plastic bag containing: approximately twenty-five (25) .38 caliber rounds in a Federal ammunition box; approximately nineteen (19) loose .38 caliber rounds; and approximately thirty (30) loose 7.62 rounds.

    d.    Recovered from the kitchen:
- i. One (1) Taurus box containing one (1) 9mm Sig Sauer 226 pistol, bearing serial number U392322 and approximately ten (10) .45 caliber hollow point rounds;
- ii. One (1) red canvas sack containing approximately fifteen (15) live .40 caliber hollow point rounds in a plastic bag and approximately twenty (20) live .40 caliber hollow point rounds in a Speer box.
- iii. Black plastic bag containing approximately 3.2 grams cocaine;
- iv. Two (2) pink top vials of cocaine;
- v. One (1) blue top vial of cocaine; and
- vi. Fifty-two (52) white capped vials of cocaine.

4. Subsequent to the seizures from the apartments described above, WILSON engaged in a recorded conversation with a confidential witness. During this recorded conversation WILSON stated in substance and in part:
    a.    that he, WILSON, was at war with a rival gang;
    b.    that he, WILSON, had lost the guns that were seized in the MLK Apartment and the Spruce Apartment, described above; and
    c.    that he, WILSON, was attempting to acquire more guns.

5. Subsequent to the seizure from the Spruce Apartment, a ballistics analysis was conducted on (a) the SAR-1 7.62x39mm assault rifle with a folding stock, bearing serial number S1-88166-03; (b) the 9mm Masterpiece Arms MAC-9 machine gun with a defaced serial number; and (c) the 9mm Sig Sauer 226 handgun, bearing serial number U392322. These firearms were all recovered from the Spruce Apartment on July 18, 2011. The analysis determined that these firearms all were fired during previous crimes in Newark as follows:

    a.    <u>2010 Double Homicide</u>: The Romarm SA/Cugir Model SAR-1, 7.62x39mm assault rifle, bearing serial number S1-88166-03 and the 9mm Masterpiece Arms Model MPA30T semiautomatic rifle with a defaced serial number both fired casings that were recovered at the scene of a double homicide in Newark in 2010;

    b.    <u>2011 Homicide</u>. The Romarm SA/Cugir Model SAR-1, 7.62x39mm assault rifle, bearing serial number S1-88166-03, and the 9mm Masterpiece Arms Model MPA30T semiautomatic rifle with a defaced serial number both fired casings that were recovered at the scene of a homicide in Newark in 2011;

    c.    The Romarm SA/Cugir Model SAR-1, 7.62x39mm assault rifle, bearing serial number S1-88166-03 fired casing that were recovered at the scene of two other another shootings in Newark, one in 2010 and one in 2011;

    d.    The 9mm Masterpiece Arms Model MPA30T semiautomatic rifle with a defaced serial number fired casings that were recovered at the scenes of six other shootings in Newark during 2010 and 2011; and

    e.    The 9mm Sig Sauer 226 pistol, bearing serial number U392322, fired casings that were recovered at the scenes of two shootings in Newark during 2011.

6.    All of the firearms described above were manufactured outside the state of New Jersey.

7.    On or about September 19, 2003, WILSON was convicted in the Essex County Superior Court of Possession of CDS in violation of N.J.S.A. 2C:35-10a(1) and sentenced to three-years' probation. This crime is a felony punishable by a term of imprisonment exceeding one year.

8.    On or about November 20, 2009, WILSON was convicted in the Essex County Superior Court of: Receiving Stolen Property, in violation of N.J.S.A. 2C:20-7; Endangering the Welfare of Children, in violation of N.J.S.A. 2C:24-4a; Possession of Defaced Firearm, in violation of N.J.S.A. 2C:39-3d; Possession of Certain Bullets, in violation of N.J.S.A. 2C:39-3f; and Possession of a Handgun, in violation of N.J.S.A. 2C:39-5b. WILSON was sentenced to two years' probation. Each of these crimes is a felony punishable by a term of imprisonment exceeding one year.